UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI CIVIL DIVISION

CASE NUMBER:

Miriam Martinez,

    Plaintiff,
vs.

Carnival Corporation, a foreign corporation,

    Defendant,                   /

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Miriam Martinez, sues Defendant, Carnival Corporation, for damages and alleges as follows:

1. Plaintiff is a citizen of New York and was a passenger aboard the CARNIVAL BREEZE on September 12, 2014.

2. Defendant, Carnival Corporation, a foreign corporation is doing continuous and systematic business in the Southern District of Florida by operating seagoing vessels in Florida.  Carnival's principal place of business is in Florida.

3. Defendant, Carnival Corporation operated the vessel CARNIVAL BREEZE from the Miami, Florida, to various ports in the Caribbean.

4. The claim of the Plaintiff is a maritime personal injury claim that has a value in excess of $75,000.00.

5. Diversity jurisdiction is proper under 28 U.S.C. 1332.  Jurisdiction is also proper under 28 U.S.C. § 1333.

6. Venue is proper under 28 U.S.C. 1391, and also due to the forum selection clause contained within the Defendant's cruise ticket.

7. Plaintiff, Miriam Martinez, was a passenger on the CARNIVAL BREEZE on September 12, 2014.

8. Defendant, Carnival Corporation has the duty to use reasonable care under the circumstances when operating its cruise.

9. On September 12, 2014, Ms. Martinez was walking on the deck above the pool deck when she fell on a wet deck that the crew failed to clean or mark with cones. After her fall Ms. Martinez was sitting at the location waiting for help when she noticed that the water that was accumulating on the deck was leaking from the ceiling of the deck above the one on which she fell. Only after her fall was a warning cone placed in the area. Ms. Martinez fell onto her right knee. As a result of the fall she sustained a torn right meniscus in her knee.

10. The injuries sustained by the Plaintiff and were caused by the negligence of Defendant, Carnival Corporation, it's employees, staff, crewmembers, owners, agents and operators by the following acts of omission and commission:

   a. Failure to warn passengers of slipping hazard created by the leaking and wet decks;

   b. Failure to have an employee present to warn passengers of the slipping hazard created by the wet deck;

   c. Failure to mark or place a cone warning passengers of the slipping hazard created by the wet deck;

   d. Failure to correct a known unsafe condition;

      e. Failure to repair, plug, or otherwise fix a known leak in the upper deck which deposited water on to the covered deck below upon which plaintiff was walking.

11. As a direct and proximate result of the Defendant's negligence, Plaintiff, Miriam Martinez, suffered injuries to her right knee and bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life and expense of hospitalization, medical and nursing case and treatment, loss of earnings and loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff also lost the value of the cruise and incurred other incidental expenses.

12. Defendant Carnival has granted the Plaintiff a one month extension of the statute of limitation to bring this lawsuit.

13. The unsafe and hazardous condition (the wet deck caused by the leaking of the upper deck) was either known by Defendant Carnival or in the exercise of reasonable care should have been known about and corrected.

WHEREFORE, Plaintiff, Miriam Martinez, prays for a judgment to be entered against the Defendant, Carnival Corporation for compensatory damages in excess of $75,000.00, including prejudgment and post judgment interest and costs. Plaintiff demands a trial by jury.

/s/ Jacob J. Munch
JACOB J. MUNCH, ESQUIRE
E-mail: sealaw@tampabay.rr.com
Florida Bar Number 376523
CATHERINE M. SAYLOR, ESQUIRE
E-mail: casey@munchandmunch.com
Florida Bar Number 115593
MUNCH and MUNCH, P.A.

600 South Magnolia Avenue
Suite 325
Tampa, Florida 33606
(813) 254-1557 Telephone
(813) 254-5172 Facsimile
Attorney for Plaintiff, Martinez